**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 26, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00022-CV

### VALENTINA RAMIREZ, Appellant

### V.

### KATHRYN AUMAN, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2012-43930**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 10, 2014. On February 19, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.